UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| IN RE TUPPERWARE BRANDS CORPORATION STOCKHOLDER DERIVATIVE LITIGATION | Case No. 6:20-cv-00908-GAP-GJK<br><br>**STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AND [PROPOSED] ORDER** |

WHEREAS, on July 6, 2020, the Consolidated two stockholder derivative actions filed by plaintiffs Robert Pachecho, Todd Bradrick, Louis Vallee, and Joanna L. Hughes ("Plaintiffs") against individual defendants Patricia A. Stitzel, Christopher D. O'Leary, Michael S. Poteshman, Cassandra E. Harris, Susan M. Cameron, Catherine A. Bertini, Kriss Cloninger III, Meg Crofton, Angel R. Martinez, Richard T. Riley, Joyce M. Roché, M. Anne Szostak, E.V. Goings, Antonio Monteiro de Castro, and David R. Parker (collectively, "Individual Defendants"), and nominal defendant Tupperware Brands Corporation ("Tupperware"; together with Individual Defendants, the "Defendants") (Plaintiffs and Individual Defendants, the "Parties"), titled *In Re Tupperware Brands Corporation Stockholder Derivative Litigation*, Lead Case No. 6:20-cv-00908-GAP-GJK (the "Action");

WHEREAS, pursuant to Rules 23.1(c) and 41(a) of the Federal Rules of Civil Procedure, Plaintiffs now wish to voluntarily dismiss the Action without prejudice;

WHEREAS, the Parties agree that each side shall bear its own costs and fees; and

WHEREAS, the Parties respectfully submit that notice of this dismissal to Tupperware stockholders pursuant to Federal Rule of Civil Procedure 23.1(c) is not required here because: (i) Defendants have not answered or otherwise responded to the complaint; (ii) there has been no settlement or compromise of the Action; (iii) there has been no collusion among the Parties; and (iv) neither Plaintiffs nor their counsel have received or will receive directly or indirectly any consideration from Defendants for the dismissal.

- 2 -

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by the Parties through their undersigned counsel, pursuant to Rules 23.1(c) and 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and subject to Court approval, that:

1. This Action is dismissed in its entirety without prejudice;
2. For the reasons stated above, no notice of this dismissal is required; and
3. The Parties are to bear their own costs, fees, and expenses.

IT IS SO STIPULATED.

Dated: November 6, 2023    **ROBBINS LLP**

*s/ Stephen J. Oddo*
STEPHEN J. ODDO
BRIAN J. ROBBINS
ERIC M. CARRINO
5060 Shoreham Place, Suite 300
San Diego, CA 92122
Telephone: (619) 525-3990
Facsimile: (619) 525-3991
brobbins@robbinsllp.com
soddo@robbinsllp.com
ecarrino@robbinsllp.com

*Lead Counsel for Plaintiffs*

**ROBBINS GELLER RUDMAN
& DOWD LLP**
PAUL J. GELLER
Bar No.: 984795
JACK REISE
Bar No.: 58149
120 East Palmetto Park Road, Suite 500
Boca Raton, FL 33432
Telephone: (561) 750-3000
Facsimile: (561) 750-3364

TRAVIS E. DOWNS III
BENNY C. GOODMAN III
ERIK W. LUEDEKE
655 West Broadway
Suite 1900

- 3 -

    San Diego, CA 92101
    Telephone: (619) 231-1058
    Facsimile: (619) 231-7423
    TravisD@rgrdlaw.com
    BennyG@rgrdlaw.com
    EluedekE@rgrdlaw.com

*Liaison Counsel for Plaintiffs*

**POMERANTZ LLP**
GUSTAVO F. BRUCKNER
SAMUEL J. ADAMS
600 Third Avenue, 20th Floor
New York, NY 10016
Telephone: (212) 661-1100
Facsimile: (917) 463-1044
gfbruckner@pomlaw.com
sjadams@pomlaw.com

**KOMLOSSY LAW P.A.**
EMILY KOMLOSSY
Bar No. 7714
4700 Sheridan St., Suite J
Hollywood, FL 33021
Telephone: (954) 842-2021
Facsimile: (954) 416-6223
ekomlossy@komlossylaw.com

**JOHNSON FISTEL, LLP**
MICHAEL I. FISTEL, JR.
40 Powder Springs Street
Marietta, GA 30064
Telephone: (470) 632-6000
Facsimile: (770) 200-3101
MichaelF@johnsonfistel.com

*Additional Counsel for Plaintiffs*

- 4 -

Dated: November 6, 2023

**SIDLEY AUSTIN LLP**

*s/ Jennifer M Wheeler*
JENNIFER M WHEELER
JAMES W. DUCAYET
One South Dearborn Street
Chicago, IL 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036
jducayet@sidley.com
jwheeler@sidley.com

**RUMBERGER, KIRK & CALDWELL**
**A Professional Association**
DANIEL J. GERBER
Florida Bar No. 0764957
LAN B. KENNEDY-DAVIS
Florida Bar No. 0534021
Lincoln Plaza, Suite 1400
300 South Orange Avenue
Post Office Box 1873
Orlando, FL 32802-1873
Telephone: (407) 872-7300
Telecopier: (407) 841-2133
dgerber@rumberger.com
lkennedy@rumberger.com

*Attorneys for Defendants*

**IT IS SO ORDERED.**

 DATED:_____

_____
HONORABLE GREGORY A. PRESNELL
U.S.D.C. JUDGE

1640377

## CERTIFICATE OF SERVICE

I hereby certify that on November 6, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send notice of this filing to the counsel of record.

**ROBBINS LLP**

*s/ Stephen J. Oddo*
STEPHEN J. ODDO
5060 Shoreham Place, Suite 300
San Diego, CA 92122
Telephone: (619) 525-3990
Facsimile: (619) 525-3991
soddo@robbinsllp.com

*Lead Counsel for Plaintiffs*