**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

ROBERT PACHECO, TODD
BRADRICK, LOUIS VALLEE and
JOANNA HUGHES,

            Plaintiffs,

v.                                            Case No:   6:20-cv-908-GAP-RMN

PATRICIA A. STITZEL,
CHRISTOPHER D O'LEARY,
CASSANDRA HARRIS,
MICHAEL POTESHMAN,
CATHERINE A. BERTINI,
SUSAN M. CAMERON,
ANTONIO MONTEIRO DE
CASTRO, KRISS CLONINGER,
III, MEG CROFTON, E.V. (RICK)
GOINGS, ANGEL R.
MARTINEZ, DAVID R.
PARKER, RICHARD T. RILEY,
JOYCE M. ROCHE, M. ANNE
SZOSTAK and TUPPERWARE
BRANDS CORPORATION,

            Defendants

**ORDER OF DISMISSAL WITHOUT PREJUDICE**

Upon consideration of the Stipulation of Voluntary Dismissal Without

Prejudice (Doc. 50), and pursuant to Fed. R. Civ. P. 41(a) and Fed. R. Civ. P.

23.1(c), it is hereby

**ORDERED** that this case is dismissed without prejudice, each party to bear its own fees and costs.   Any pending motions are **DENIED** as moot. The stay is hereby lifted and the Clerk is directed to close this file.

**DONE** and **ORDERED** in Chambers in Orlando, Florida on November 8, 2023.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties